AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>RANDOLPH LINN,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>) **3:12 MJ 7067**<br>)<br>) |

FILED
2012 OCT -5 PM 1:51
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 30, 2012__ in the county of __Wood__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 247(a)(1)<br>and<br>Title 18, United States Code, Section 844(h) | Damage to Religious Property<br>and<br>Use of Fire or Explosive in Connection with Commission of a Federal Felony Offense |

This criminal complaint is based on these facts:

Please see attached Affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

_/s/ Victoria L. Erickson_
Complainant's signature

Victoria Erickson, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __October 5, 2012__

City and state: __Toledo, Ohio__

_Vernelis K Armstrong_
Judge's signature

Vernelis K Armstrong, U.S. Magistrate Judge
Printed name and title