

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:12 CR 495 |
| | ) | |
| v. | ) | JUDGE JACK ZOUHARY |
| | ) | |
| RANDOLPH LINN, | ) | |
| | ) | Title 18, United States Code, Sections |
| Defendant. | ) | 247(a)(1) and (d)(3), 844(h)(1) and 924(c) |
| | ) | |

## GENERAL ALLEGATIONS

1. At all times relevant to this Superseding Indictment, The Islamic Center of Greater Toledo ("The Islamic Center"), located in Perrysburg, Ohio, was an Islamic Mosque, which was a religious place of worship for practitioners of the Islamic faith. The Islamic Center had a patterned carpet in the prayer room where congregational prayers take place.

2. At all times relevant to this Superseding Indictment, RANDOLPH LINN was a resident of the State of Indiana.

2

## COUNT 1

The Grand Jury charges:

1.  Paragraphs 1 and 2 of the General Allegations are incorporated by reference in this count.

2.  On or about September 30, 2012, in the Northern District of Ohio, Western Division, defendant, RANDOLPH LINN, intentionally defaced, damaged, and destroyed any religious real property, because of the religious character of that property, and attempted to do so, and the offense was in and affecting interstate and foreign commerce, to wit: RANDOLPH LINN drove a motor vehicle from Indiana to The Islamic Center in Perrysburg, Ohio, and, after unlawfully entering The Islamic Center while carrying a firearm, used gasoline to set a fire in the center of The Islamic Center's prayer room.

All in violation of Title 18, United States Code, Sections 247(a)(1) and 247(d)(3).

## COUNT 2

The Grand Jury further charges:

1.  Paragraphs 1 and 2 of the General Allegations are incorporated by reference in this count.

2.  On or about September 30, 2012, in the Northern District of Ohio, Western Division, defendant, RANDOLPH LINN, did knowingly and willfully use fire to commit an offense prosecutable as a felony in a court of the United States; to wit: the felony of Damage to

3

Religious Property, in violation of Title 18, United States Code, Sections 247(a)(1) and 247(d)(3), which is charged in Count 1 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 844(h)(1).

## COUNT 3

The Grand Jury further charges:

1. Paragraphs 1 and 2 of the General Allegations are incorporated by reference in this count.

2. On or about September 30, 2012, in the Northern District of Ohio, Western Division, defendant, RANDOLPH LINN, did knowingly use and carry a firearm during and in relation to the commission of a crime of violence for which he may be prosecuted in a court of the United States, that is, the felony of use of fire or explosive to commit felony, in violation of Title 18, United States Code, Section 844(h)(1), which is charged in Count 2 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.