Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Randolph Linn

Date: December 19, 2012
Case No. 3:12 CR 495
Judge: Jack Zouhary
Court Reporter: Angela Nixon
Pts/Prob Officer: ___
Interpreter: ___
Date of Arrest: ___

U.S. Attorney: Ava Dustin, Bridget Brennan

Attorney for Defendant(s): Andrew Hart

CJA Apt: ___
Fed. Defender: X
Retained: ___

**ARRAIGNMENT:**
Defendant arraigned, plea of __X__ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) __1s, 2s, 3s__ of the __X__ Indictment ____ Information. (superseding)

**CHANGE OF PLEA:**
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) ____ of the ____ Indictment ____ Information.

__X__ Plea agreement executed. (Binding)
____ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
____ Bond $_____ ____ set ____ continued ____ detention __X__ remanded to the custody of U.S. Marshal.
____ Motion of government for detention pending trial. Detention Hearing set for: _____.
____ Defendant referred to the Probation Office for Pre-sentence Investigation.
____ Jury Trial scheduled for: _____
____ Pretrial Conference scheduled for: _____
__X__ Sentencing scheduled for: 4/16/2013 at 3:00 PM

**SENTENCE:**
Defendant committed to the custody of the Bureau of Prisons for a period of ____ months on count(s) ____ of the ____ Indictment ____ Information to run ____ concurrent ____ consecutively.

Period of ____ years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____   ____ Fine Waived
Restitution in the amount of $_____   Payable to: _____.   ____ Not Ordered.

I.S.S., Probation ordered for a period of ____ months ____ years on count(s) _____
____ Indictment ____ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $_____ on counts _____.   Total $_____.

Upon motion of U.S. Attorney, counts(s) _____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

____ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

___ The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

___ The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

___ The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

___ The defendant shall not possess a firearm, destructive device or any dangerous weapon.

___ The defendant shall provide the probation office access to any requested financial information.

___ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

___ Financial Windfall Condition.

___ Gambling Condition.

___ The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

___ Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

___ The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

___ Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

___ Sex Offender Registration and Notification Act (Adam Walsh Act)

___ Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

___ Cognitive Behavioral Program.

___ Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

___ Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

___ Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

___ DNA Collection.

___ Denial of Federal Benefits.

___ Sex Offender.

___ Computer/Internet. Total Prohibition on Access to a Computer Internet.

___ Computer/Internet Restricted.

___ Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

___ Computer Search Only.

___ Computer Employment Restriction.

___ Recommendation to the Bureau of Prisons: _____.

___ The defendant is granted credit for time already served in relation to this matter.

___ The defendant advised of his/her appeal rights.

**COMMENTS:** Minutes of proceedings before Judge Jack Zouhary. Arraignment/Plea hearing as to Randolph Linn, Counts, 1s, 2s, 3s held on 12/19/12. Appearances: Andy Hart on behalf of Defendant; Ava Dustin, Bridget Brennan on behalf of Government. Defendant waives formal reading and defects of Superseding Indictment. Defendant entered a Plea of GUILTY as to all counts of Superseding Indictment. Binding Plea Agreement executed with agreed sentence of 20 years. Guilty Plea accepted by the Court and Defendant referred to Probation for preparation of a Presentence Investigation Report. Sentencing set for 4/16/13 at 3:00 PM in Courtroom 209 before Judge Jack Zouhary. Detention continued.

Total Time: 1 hour

/s/ Laura Doerfler

Courtroom Deputy Clerk