Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Randolph Linn

Date: April 16, 2013
Case No. 3:12 CR 495
Judge: Jack Zouhary
Court Reporter: Tracy Spore
Pts/Prob Officer: Myrna Greenwood
Interpreter:
Date of Arrest:

U.S. Attorney: Bridget Brennan/Ava Dustin/Gwen Howe-Gebers

Attorney for Defendant(s): John Thebes      CJA Apt: ___ X ___
Fed. Defender:
Retained:

**ARRAIGNMENT:**
Defendant arraigned, plea of ____ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) _____
_____ of the ___ Indictment ___ Information.

**CHANGE OF PLEA:**
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) _____
_____ of the ___ Indictment ___ Information.

_____ Plea agreement executed.
_____ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
_____ Bond $_____ ____ set ____ continued ____ detention ____ remanded to the custody of U.S. Marshal.
_____ Motion of government for detention pending trial. Detention Hearing set for:_____.
_____ Defendant referred to the Probation Office for Pre-sentence Investigation.
_____ Jury Trial scheduled for:_____
_____ Pretrial Conference scheduled for:_____
_____ Sentencing scheduled for:_____

**SENTENCE:**
                                                          60 months on Count 1
                                                          120 months on Count 2
Defendant committed to the custody of the Bureau of Prisons for a period of  60  months on count(s) Count 3
of the  X  Indictment ____ Information to run ____ concurrent  X  consecutively.

Period of  5  years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____       X  Fine Waived
Restitution in the amount of $ 1,446,810.91        Payable to: (See Judgment)  .      Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____ years on count(s)_____
____ Indictment ____ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $ 100  on counts 1-3 . Total $ 300.00 .

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

____ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

X     Defendant shall abstain from all use of alcohol or alcoholic beverages.

X   The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

___   The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

X   The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

X   The defendant shall not possess a firearm, destructive device or any dangerous weapon.

X   The defendant shall provide the probation office access to any requested financial information.

___   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

X   Financial Windfall Condition.

___   Gambling Condition.

___   The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

___   Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

___   The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

X   Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

___   Sex Offender Registration and Notification Act (Adam Walsh Act)

X   Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

___   Cognitive Behavioral Program.

___   Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

___   Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

___   Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

X   DNA Collection.

___   Denial of Federal Benefits.

___   Sex Offender.

___   Computer/Internet. Total Prohibition on Access to a Computer Internet.

___   Computer/Internet Restricted.

___   Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

___   Computer Search Only.

___   Computer Employment Restriction.

X   Recommendation to the Bureau of Prisons: FCI as close to Fort Wayne, IN as possible, mental health counseling, drug/alcohol treatment.

X   The defendant is granted credit for time already served in relation to this matter.

X   The defendant advised of his/her appeal rights.

**COMMENTS:** Matter before the Court for Sentencing as to Randolph Linn. PSR made part of the record and placed under seal. Defendant committed to the custody of the BOP for 60 months as to Count 1, 120 months as to Count 2, and 60 months as to Count 3 of the Superseding Indictment to run consecutive (for a total of 20 years), followed by supervised release for 3 years as to Count 1, 3 years as to Count 2, and 5 years as to Count 3 to run concurrent with standard and additional conditions. Fine waived. Special assessment due in the amount of $300.00. Restitution ordered in the amount of $1,446,810.91.

Total Time: 45 min

/s/ Laura Doerfler
Courtroom Deputy Clerk